ACCEPTED
01-15-00620-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 1:32:06 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00620-CV

_____

# IN THE COURT OF APPEALS OF TEXAS
## FOR THE FIRST DISTRICT
## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 1:32:06 PM
CHRISTOPHER A. PRINE
Clerk

_____

## LEVCO CONSTRUCTION, INC.

*Appellant and Cross-Appellee,*

v.

## CLEVELAND CONSTRUCTION, INC.

*Appellee,*

v.

## WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P.,

*Appellee and Cross-Appellant.*

_____

**Appealed from the 270th District Court
of Harris County, Texas, Cause No. 2011-23308**

_____

**APPEALLANT LEVCO CONSTRUCTION, INC.'S JOINDER IN
APPELLEE AND CROSS-APPELLANT WHOLE FOODS
MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P.'S
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLANTS' BRIEFS**

_____

Gregory N. Jones, Esq.
gjones@gnjlaw.net
Law Offices of Gregory N. Jones
2323 Shepherd
14th Floor
Houston, Texas  77019
Fax:  713-979-4440

COUNSEL FOR LEVCO CONSTRUCTION, INC.

1

TO THE HONORABLE COURT:

On November 13, 2015, Appellee and Cross-Appellant Whole Foods Market Rocky Mountain/ Southwest, L.P. ("Whole Foods") filed an unopposed motion for a 45-day extension of time for *all* appellants—that is, for both Whole Foods and Levco Construction, Inc. ("Levco")—to file their principal briefs. The Court granted the extension to January 11, 2016, but has advised that it applied to only Whole Foods' brief. Accordingly, Appellant Levco filed this joinder to the Whole Foods request for extension and respectfully requests an extension to January 11, 2016 to file its brief.

## Procedural Summary

Levco filed its notice of appeal on July 17, 2015; Whole Foods filed its notice 12 days later. The Court Reporter's record and the Clerk's record, both of which are exceedingly large and took extra time to prepare, have been filed with this Court. The Court Reporter's record was filed on September 24, 2015. The Clerk's record was filed a month later, on October 26, 2015. Accordingly, pursuant to Texas Rule of Appellate Procedure 38.6(a)—and according to the Court's calendar—Whole Foods and Levco were to file their appellants' briefs by November 25, 2015. This Court granted the motion filed by Whole Foods on behalf of all appellants and extended the briefing dseadline to January 11, 2016.

## Levco Joins in Whole Foods' Request for a 45-Day Extension

Whole Foods requested a 45-day extension of the existing briefing deadline, which was granted by this Court until January 11, 2016. The extension was warranted

so that appellants have sufficient time to present their arguments to this Court in a concise, helpful manner, and to distill the briefing and voluminous record for the Court's ready review. Moreover, the current briefing schedule coincides with the year-end holiday season, and a typical 30-day extension would set the appellants' briefing deadline for Christmas Day—hence this request for 45 days.

Whole Foods and Appellee Cleveland Construction, Inc. do not oppose this motion.

\* \* \*

For the foregoing reasons, Levco respectfully asks this Court to grant this motion and extend the deadline for both Whole Foods and Levco to file their respective appellants' briefs to January 11, 2016.

Respectfully submitted,

*/s/Gregory N. Jones*

Law Offices of Gregory N. Jones
Texas Bar No. 10889450
Gregory N. Jones, Esq.
2323 Shepherd
14th Floor
Houston, Texas 77019
Fax: 713-979-4440
gjones@gnjlaw.net

COUNSEL FOR LEVCO CONSTRUCTION,

## CERTIFICATE OF CONFERENCE

I certify that on November 25, 2015, I conferred with Robert J. Carty, Jr., counsel for Whole Foods, and Josh Bowlin, counsel for Cleveland Construction, Inc., regarding the filing of this motion, and they stated that their respective clients do not oppose this motion.

*/s/ Gregory N. Jones*
Gregory N. Jones

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November, 2015, a true and correct copy of the foregoing instrument was properly forwarded to counsel of record for Appellants in accordance with the Texas Rules of Appellate Procedure, as follows:

Josh N. Bowlin, Esq.
josh.bowlin@chamberlainlaw.com
Chamberlain, Hrdlicka, White, Williams & Aughtry
1200 Smith Street, Suite 1400
Houston, Texas 77002
Fax: 713-658-2553

COUNSEL FOR CLEVELAND
CONSTRUCTION, INC.

Robert J. Carty, Jr.
Texas Bar No. 00788794
rcarty@seyfarth.com
Leah A. Rochwarg, *pro hac vice*
Mass. SBN 566524
lrochwarg@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

John H. Hempfling, II
Texas Bar No. 24029609
John.Hempfling@wholefoods.com
550 Bowie Street
Austin, Texas 78703
Telephone: (512) 542 0213
Facsimile: (512) 482-7213

COUNSEL FOR APPELLEE AND CROSS-APPELLANT WHOLE FOODS MARKET ROCKY MOUNTAIN/SOUTHWEST, L.P.

*/s/ Gregory N. Jones*
Gregory N. Jones